JS-6

1

2

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**

8                          **CENTRAL DISTRICT OF CALIFORNIA**

9

10    DANNY FABRICANT,                    Case No. CV 21-02902-ODW (AS)

11                                                    **JUDGMENT**

12                      Plaintiff,

13          v.

14    COMMISSIONER   OF   INTERNAL

15    REVENUE,  et, al.,

16

17                      Defendants.

18

19          Pursuant to the Order Accepting Findings, Conclusions, and

20    Recommendations of United States Magistrate Judge,

21

22          **IT IS ADJUDGED** that the above-captioned case is dismissed

23    without prejudice.

24          DATED: June 23, 2023

25

26                                      _____

27                                          OTIS D. WRIGHT
                                        UNITED STATES DISTRICT JUDGE

28